```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in                    )
                                     )
    ALICE VALENTINE                   )
                                     )
                    Plaintiff,       )
    v.                               )  Misc. No.  06-0257
                                     )
    TONEY CARPENTER                  )
                                     )
                    Defendant.       )
                                     )
```

<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

The United States Attorney, through the undersigned counsel and on behalf of the Office of the United States Attorney hereby provides notice to the Court and parties of a recent decision that bears on one of the arguments presented in the Motion To Quash the subpoena issued in this matter. In <u>Yousuf</u> v. <u>Samantar</u>, No. 05-5197, 2006 WL 1651050 (D.C. Cir. June 16, 2006), the Court of Appeals declined to extend the holding in <u>Al Fayed</u> v. <u>CIA</u>, 229 F.3d 272, 272 (2000), beyond the context of 28 U.S.C. § 1782.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
HEATHER PHILLIPS, CA Bar #191620
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Supplemental Authority was made by mailing copies thereof to:

ALICE VALENTINE
5044 Central Ave., S.E.
Washington, D.C. 20019

and

TONEY CARPENTER
2735 30th St., S.E.
Washington, D.C. 20018

on this 21st day of June, 2006.

_____
HEATHER R. PHILLIPS, Calif. Bar #191620
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7139

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

In Re Subpoena in                )
                                 )
   ALICE VALENTINE              )
                                 )
                Plaintiff,   )
   v.                            )   Misc. No.  06-0257
                                 )
   TONEY CARPENTER              )
                                 )
                Defendant.   )
_____)

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States Attorney, through the undersigned counsel and on behalf of the Office of the United States Attorney hereby provides notice to the Court and parties of a recent decision that bears on one of the arguments presented in the Motion To Quash the subpoena issued in this matter. In <u>Yousuf</u> v. <u>Samantar</u>, No. 05-5197, 2006 WL 1651050 (D.C. Cir. June 16, 2006), the Court of Appeals declined to extend the holding in <u>Al Fayed</u> v. <u>CIA</u>, 229 F.3d 272, 272 (2000), beyond the context of 28 U.S.C. § 1782.

                Respectfully submitted,


                _____
                KENNETH L. WAINSTEIN, DC Bar #451058
                United States Attorney


                _____
                RUDOLPH CONTRERAS, DC Bar #434122
                Assistant United States Attorney


                _____
                HEATHER PHILLIPS, CA Bar #191620
                Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Supplemental Authority was made by mailing copies thereof to:

ALICE VALENTINE
5044 Central Ave., S.E.
Washington, D.C. 20019

and

TONEY CARPENTER
2735 30th St., S.E.
Washington, D.C. 20018

on this 21st day of June, 2006.

_____
HEATHER R. PHILLIPS, Calif. Bar #191620
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7139