```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in                  )
                                   )
    ALICE VALENTINE                 )
                                   )
                  Plaintiff,       )
    v.                             )  Misc. No.  06-0257
                                   )
    TONEY CARPENTER                )
                                   )
                  Defendant.       )
                                   )
```

**ATTORNEY APPEARANCE**

The clerk of this court will please enter the appearance of Assistant United States Attorney Andrea McBarnette as counsel for the defendant in the above captioned case and withdraw the appearance of Assistant United States Attorney Heather Phillips.


                            Respectfully submitted,


                            _____/S/_____
                            ANDREA McBARNETTE, D.C. Bar  # 483789
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Supplemental Authority was made by mailing copies on July 27, 2006 thereof to:

ALICE VALENTINE
5044 Central Ave., S.E.
Washington, D.C. 20019

and

TONEY CARPENTER
2735 30th St., S.E.
Washington, D.C. 20018

on this 21st day of June, 2006.

---

ANDREA McBARNETTE,
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7153